Eric Bernard HOPE, Plaintiff–Appellant,

v.

EMSA CORRECTIONAL CARE; Jim Pendergraph, individually and as Sheriff of the Mecklenburg County Jail; Jane Doe, individually and as the Head Nurse of the Mecklenburg County Jail (Spector North); John Doe, individually and as the Medical Doctor for the Mecklenburg County Jail; Sergeant Eason, individually and as Sergeant of the Mecklenburg County Jail; Mecklenburg County Jails; Sergeant Mack, individually and as Sergeant of the Mecklenburg County Jail; Deputy Officer Pugh, individually and as Deputy Officer of the Mecklenburg County Jail, Defendants–Appellees.

No. 02–6674.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 17, 2002.

Eric Bernard Hope, Appellant Pro Se.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Eric Bernard Hope appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hope v. EMSA Correctional Care*, No. CA–01–334–3–2–MU (W.D.N.C. filed July 10 & July 11, 2001; entered July 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*